**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. SNYDER MINING COMPANY.**

No. 12447.

Circuit Court of Appeals, Eighth Circuit.

Oct. 27, 1942.

Ernest A. Gross, Associate Gen. Counsel, National Labor Relations Board, of Washington, D. C., for petitioner.

Gillette, Nye, Harries & Montague, of Duluth, Minn., for respondent.

186

PER CURIAM.

Respondent ordered to cease and desist from doing certain things and to take certain affirmative action, on petition for enforcement and stipulation filed with Board.